# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR230 |
| vs. | ORDER |
| DILLON MORGAN, | |
| Defendant. | |

This matter is before the Court on the defendant's motion (Filing No. 50) requesting the Clerk of Court provide him with a copy of the docket sheet, judgment, and plea agreement[1] without payment of costs.

On October 19, 2021, the Court accepted the defendant's plea of guilty to Count I of the Indictment, without a plea agreement. (Filing Nos. 36-38). On February 17, 2022, the Court sentenced the defendant to a term of 120 months' imprisonment, supervised release for a term of 5 years, and a special assessment in the amount of $100. (Filing Nos. 43-46). The defendant did not appeal. Other than this motion for copies, the defendant has no motions or cases pending before this court. The defendant does not have the right to receive copies of documents without payment, and has made no showing as to why he needs these documents. Therefore, the Court is not inclined to order copies of the requested documents at the government's expense. As previously advised by the Clerk of the Court (Filing Nos. 48-49), the defendant may pay for the requested copies at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 50) requesting free copies is denied.

Dated this 24th day of January, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] However, there was no plea agreement in this case.